ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:     (408) 295-0137
Facsimile:     (408) 295-0142

Attorneys for Y.B., Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.B., a minor, by and through her Guardian Ad Litem, NATALIIA BYKON<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants | Case No. 20-cv-2624-SK<br><br>**NOTICE OF UNOPPOSED PETITION TO APPROVE COMPROMISE OF MINOR'S CLAIMS**<br><br>Date: April 5, 2021<br><br>Time: 9:30 a.m.<br><br>Location: Courtroom C, 15th Floor<br><br>Assigned to: Hon. Sallie Kim |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 5, 2021 at 9:30 a.m. or as soon as the matter may be heard in the above-captioned Court, located at the San Francisco Courthouse, Courtroom C—15th Floor 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiff Y.B., by and through her guardian ad litem, Nataliia Bykon, and attorneys of record, will and hereby does move this Court to approve compromise of minor's claims.

This petition will be based on this Notice, the attached memorandum of points and authorities in support of thereof, the declaration and exhibit filed concurrently, all other pleadings with this Court, and any other evidence presented at the hearing of this petition.

Dated: February 24, 2021              */s/ Irakli Karbelashvili*
                                      Irakli Karbelashvili, Attorney for Plaintiff
                                      Y.B.