ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave, Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for Y.B., Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.B., a minor, by and through her Guardian Ad Litem, NATALIIA BYKON, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA et al. <br><br> Defendants. | Case No. 20-cv-02624-SK <br><br> STIPULATION DISMISSING ACTION WITH PREJUDICE |

1  Y.B, by and through her Guardian Ad Litem ("Plaintiff) and STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; and CITY OF PACIFICA (collectively, "Defendants"), stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice with each side bearing their own attorney's fees, costs, and litigation expenses.

Dated: April 19, 2021

/s/ Gregory Fox
Gregory Fox, Attorney for Defendants
STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; and CITY OF PACIFICA

Dated: April 19, 2021

/s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for Plaintiff Y.B.

### Filer's Attestation

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

/s/ Irakli Karbelashvili
Irakli Karbelashvili